MELVIN WRIGHT, Individually and as Parent and Natural Guardian of BRUCE WRIGHT and Others, Infants, et al., Respondents, v. JAMES WRIGHT, Defendant, et al., Respondents, and LUMBERMAN'S MUTUAL CASUALTY COMPANY, Appellant.—

896

Judgments affirmed, with one bill of costs. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.